**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jes Solar Company Limited, et al., | No. CV-12-00626-TUC-DCB |
| Plaintiffs, | **ORDER** |
| v. | |
| Matinee Energy Incorporated, et al., | |
| Defendants. | |

The Court has reviewed Defendant Chung's Motion for Leave to File Responses and Objections to Plaintiffs' Supplemental Statement of Facts in Support of Plaintiff's Response to Chung's Motion for Summary Judgment. There is no provision in the Federal or Local Rules for such a filing. As noted by Chung, Fed. R. Civ. P. 56(c)(2) provides: "A party may object that the material cited to support or dispute a fact cannot be presented in a form that would be admissible in evidence." Chung seeks leave to file his Objections/Responses to Plaintiff's SOF separately from his Reply to not overwhelm the 11-page Reply brief with these objections. The Court denies the Motion for Leave to File the separate document proposed by the Defendant, but he may make his Rule 56(c)(2) objections by filing a Motion to Strike.

**Accordingly,**

**IT IS ORDERED** that the Motion for Leave to File Responses and Objections to Plaintiff's Supplemental Statement of Facts (Doc. 484) is DENIED.

**IT IS FURTHER ORDERED** that Defendant Chung may make such objections by filing a Motion to Strike.

Dated this 22nd day of April, 2019.

Honorable David C. Bury
United States District Judge